450 A.2d 1039

Commonwealth v. McKay, Appellant.

Submitted March 31, 1982. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.